LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 14-02499 (BRO) (PLAx) | Date | November 24, 2014 |
|---|---|---|---|
| Title | NEMAN FINANCIAL, L.P. ET AL. V. CITIGROUP GLOBAL MARKETS, INC. ET AL. | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS)

**ORDER TO SHOW CAUSE WHY DEFENDANT'S MOTION TO DISMISS SHOULD NOT BE GRANTED [23]**

Plaintiffs Neman Financial, L.P. and Shervin Neman (collectively, "Plaintiffs") initiated this lawsuit on February 28, 2014 in the Superior Court of California, County of Los Angeles. (Compl.) Defendant Citigroup Global Markets, Inc. ("Citigroup") removed the matter to this Court on April 2, 2014. (Dkt. No. 1.) Plaintiffs are appearing *pro se* in this action. (*See* Dkt. No. 20.)[1]

Currently pending before the Court is Citigroup's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (Dkt. No. 23.) This matter is set for hearing on December 8, 2014, at 1:30 p.m. Under the Court's Local Rule 7-9, a party must oppose a motion at least twenty-one (21) days prior to the scheduled hearing date. C.D. Cal. L.R. 7-9. Accordingly, Plaintiffs' opposition, if any, was due no later than November 17, 2014. As of this date, Plaintiffs have failed to file an opposition. Pursuant to the Court's Local Rule 7-12, failure to file an opposition "may be deemed consent to the granting . . . of the motion." C.D. Cal. L.R. 7-12.

---

[1] The Court's Local Rule 83-2.2.2 states that "[o]nly individuals may represent themselves *pro se*. No organization or entity of any other kind . . . may appear in any action or proceeding unless represented by an attorney permitted to practice before this Court under L.R. 83-2.1." Accordingly, the Court directs Plaintiff Neman Financial, L.P., a California limited liability partnership (*see* Compl. ¶ 5), to obtain counsel in accordance with the Court's Local Rules.

LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 14-02499 (BRO) (PLAx) | Date | November 24, 2014 |
|---|---|---|---|
| Title | NEMAN FINANCIAL, L.P. ET AL. V. CITIGROUP GLOBAL MARKETS, INC. ET AL. | | |

Accordingly, Plaintiffs are **ORDERED TO SHOW CAUSE** why Citigroup's Motion to Dismiss should not be granted. Plaintiffs' response to this Order must be filed **no later than Wednesday, December 3, 2014, at 5:00 p.m.** An appropriate response will include reasons demonstrating good cause for the failure to timely oppose Citigroup's motion.

Defendant is ORDERED to serve a copy of this Order to Show Cause by Personal Delivery on Plaintiff Neman Financial, L.P., no later than the close of business on November 26, 2014 and file the Proof of Service.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |