FILED
CLERK, U.S. DISTRICT COURT
9/5/2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___rf___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN FINANCIAL, L.P., a California Limited Partnership, and SHERVIN NEMAN, an individual;<br><br>    Plaintiffs,<br><br>    v.<br><br>CITIGROUP GLOBAL MARKETS INC., and DOES 1 through 50, inclusive;<br><br>    Defendants. | No. 2:14-cv-02499-VAP-PLA<br><br>**JUDGMENT** |

JUDGMENT

This matter came before the Court on the Motion for Summary Judgment filed on April 6, 2018 by Defendant Citigroup Global Markets Inc.

Upon consideration of the Motion for Summary Judgment, any oppositions and replies thereto, and good cause appearing, IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment is GRANTED, and that Defendant's Request for Judicial Notice is GRANTED. Defendant has shown that there is no genuine dispute as to any material fact and that Defendant is entitled to judgment as a matter of law. Fed. R. Civ. P. 56(a). Plaintiff Shervin Neman cannot prove causation and damages, which are required elements of each of his claims. In addition, Plaintiff Shervin Neman's claims are barred by the doctrine of unclean hands. Plaintiff Neman Financial, L.P. previously was dismissed from this case.

The Clerk shall enter judgment in favor of Defendant and close the case.

Dated: September 5, 2018

Hon. Virginia A. Phillips
Chief United States District Judge

JUDGMENT